UNITED STATES of America,
Plaintiff–Appellee,

v.

Cyrus VANCE, Defendant–Appellant.

No. 13–13079
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 6, 2014.

Robert Benjamin Cornell, Richard O.I. Brown, Phillip Drew Dirosa, U.S. Attorney's Office, Fort Lauderdale, FL, Wifredo A. Ferre, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Cyrus Vance, Lexington, KY, pro se.

PER CURIAM:

The court has reviewed the record and the briefs of the parties, and has reviewed the findings and conclusion s of the district court. We find no error and the judgment of the district court is

**AFFIRMED.**